```
                                       United States Bankruptcy Court
                                          Northern District of Ohio
In re:                                                                             Case No. 20-11967-jps
Daniel D. Prosowski                                                                Chapter 7
Helena Prosowski
        Debtors
                                         CERTIFICATE OF NOTICE
District/off: 0647-1          User: admin                  Page 1 of 2                  Date Rcvd: Apr 15, 2020
                              Form ID: 309A                Total Noticed: 41


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 17, 2020.
db/db          +Daniel D. Prosowski,    Helena Prosowski,   1130 Meister Road,   Lorain, OH 44052-5112
26541446       +Alexander Zolli MD,    2173 North Ridge Rd E,   Suite A,   Lorain, OH 44055-3400
26541455       +CTR for Vasc/Thoracic Med Surgery,    2173 North Ridge Road, E,   Suite A,
                 Lorain, OH 44055-3400
26541449       +Carrington Mortgage Services,   P.O. Box 3489,   Anaheim, CA 92803-3489
26541450       +Cleveland Clinic,   9500 Euclid Avenue,   Cleveland, OH 44195-0002
26541452       +Community Health Partners,   3700 Kolbe Road,   Lorain, OH 44053-1611
26541453       +Community Hospitalists,   P.O. Box 72233,   Cleveland, OH 44192-0002
26541456       +Drs. Russell, Berkebile & Assoc.,   P.O. Box 678950,   Dallas, TX 75267-8950
26541458       +ER Med Svcs of Lorain, Inc.,   P.O. Box 636283,   Cincinnati, OH 45263-6283
26541457       +Edward & Mercy Wright,   309 West 29th St,   Lorain, OH 44055-1111
26541459       +FFCC,   24700 Chagrin Blvd,   Beachwood, OH 44122-5647
26541460       +FFCC,   24700 Chagrin Blvd, #205,   Beachwood, OH 44122-5630
26541462       +GenPath,   481 Edward H Ross Drive,   Elmwood Park, NJ 07407-3118
26541461       +Gene & Sharon Henderson DDS,   1270 Abbe Road, North,   Elyria, OH 44035-1649
26541463       +Hospital Medical Practices,   11100 Euclid Avenue,   Cleveland, OH 44106-1716
26541464       +Liberty Mutual Insurance,   P.O. Box 1848,   Warrenville, IL 60555-7848
26541465       +Life Care Ambulance,   640 Cleveland Street,   Elyria, OH 44035-4104
26541467       +Lorain Municipal Court,   200 W Erie Ave,   Lorain, OH 44052-1606
26541466       +Lorain Municipal Court,   200 West Erie Avenue,   Lorain, OH 44052-1606
26541468       +Mercy Health Center,   3700 Kolbe Road,   Lorain, OH 44053-1611
26541470       +Neb Doctors of Northeast Ohio,   PO Box 922189,   Norcross, GA 30010-2189
26541471       +Ohio Bureau of Motor Vehicles,   P.O. Box 182081,   Columbus, OH 43218-2081
26541474       ++REGIONAL PATHOLOGY ASSOCIATES,   PO BOX 385,   LORAIN OH 44052-0385
                 (address filed with court: Regional Pathology Associates,   630 East River Street,
                 Elyria, OH 44035)
26541479       +Thomas George Associates, LTD,   P.O. Box 30,   East Northport, NY 11731-0030
26541480        University Hospital,   P.O. Box 1400,   Belfast, ME 04915
26541482       +Western Alliance Bank,   P.O. Box 742628,   Cincinnati, OH 45274-2628
26541483       +ZACHARY T MCKENDRICK, Esq.,   471 East Broad Street, 12 Floor,   Columbus, OH 43215-3806

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: docket@ohbksource.com Apr 15 2020 23:19:14      William J. Balena,
                 Balena Law Firm LLC,   30400 Detroit Road,   Suite 106,   Westlake, OH  44145
tr              EDI: QDOSIMON.COM Apr 16 2020 03:03:00      David O. Simon, Trustee,   55 Public Square,
                 Suite 2100,   Cleveland, OH  44113-1902
ust            +E-mail/Text: ustpregion09.cl.ecf@usdoj.gov Apr 15 2020 23:20:18      Cynthia J. Thayer,
                 US Department of Justice,   201 Superior Avenue,   Suite 441,   Cleveland, OH 44114-1234
26541448        EDI: CAPITALONE.COM Apr 16 2020 03:03:00      Capital One Bank USA,   15000 Capital One Drive,
                 Richmond, VA 23238
26541447       +EDI: CAPITALONE.COM Apr 16 2020 03:03:00      Capital One,   Attn: President,   P.O. Box 6492,
                 Carol Stream, IL 60197-6492
26541451       +EDI: CAPIO.COM Apr 16 2020 03:03:00      Cleveland Clinic Physicians,   PO Box 89410,
                 Cleveland, OH 44101-6410
26541469       +E-mail/Text: PBS-Provider-Services@mercy.com Apr 15 2020 23:21:37
                 Mercy Health Physicians Lorain,   P.O. Box 630827,   Cincinnati, OH 45263-0827
26541472        EDI: PRA.COM Apr 16 2020 03:03:00      Portfolio Recovery Assoc.,   120 Corporate Blvd, #100,
                 Norfolk, VA 23502
26541955       +EDI: PRA.COM Apr 16 2020 03:03:00      PRA Receivables Management, LLC,   PO Box 41021,
                 Norfolk, VA 23541-1021
26541473       +E-mail/Text: BankruptcyMail@questdiagnostics.com Apr 15 2020 23:21:45      Quest Diagnostics,
                 500 Plaza Dr,   Secaucus, NJ 07094-3656
26541476       +E-mail/Text: dl-csgbankruptcy@charter.com Apr 15 2020 23:21:51      Spectrum,
                 2027 West 25th Street,   Cleveland, OH 44113-4113
26541477       +EDI: RMSC.COM Apr 16 2020 03:03:00      Synchrony Bank,   200 Crossing Blvd,
                 Bridgewater, NJ 08807-2861
26541478       +EDI: WTRRNBANK.COM Apr 16 2020 03:03:00      Target,   1000 Nicollet Mall,
                 Minneapolis, MN 55403-2542
26541481       +E-mail/Text: BKRMailOps@weltman.com Apr 15 2020 23:21:03      Weltman Weinberg & Reis Company,
                 323 West Lakeside Avenue, East,   Cleveland, OH 44113-1009
                                                                                               TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
26541454        Credit First, NA,   6275 Eastland Rd
26541475        Sams Club,   P.O. Box 965005
cr*            +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                 TOTALS: 2, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2020                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 15, 2020 at the address(es) listed below:
              David O. Simon, Trustee    david@simonlpa.com,  dosimon@ecf.axosfs.com
              William J. Balena    on behalf of Debtor Helena  Prosowski docket@ohbksource.com,
               janet@ohbksource.com
              William J. Balena    on behalf of Debtor Daniel D. Prosowski docket@ohbksource.com,
               janet@ohbksource.com
                                                                                             TOTAL: 3

| | **Information to identify the case:** | | **Social Security number or ITIN** | xxx–xx–8293 |
|---|---|---|---|---|
| Debtor 1 | Daniel D. Prosowski | | EIN | _ _–_ _ _ _ _ _ _ |
| | First Name  Middle Name  Last Name | | | |
| Debtor 2 (Spouse, if filing) | Helena Prosowski | | Social Security number or ITIN | xxx–xx–8218 |
| | First Name  Middle Name  Last Name | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Northern District of Ohio | | Date case filed for chapter 7 | 4/13/20 |
| Case number: | 20–11967–jps | | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Daniel D. Prosowski | Helena Prosowski |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1130 Meister Road<br>Lorain, OH 44052 | 1130 Meister Road<br>Lorain, OH 44052 |
| 4. | **Debtor's attorney**<br>Name and address | William J. Balena<br>Balena Law Firm LLC<br>30400 Detroit Road<br>Suite 106<br>Westlake, OH 44145 | Contact phone (440) 365–2000<br><br>Email: docket@ohbksource.com |
| 5. | **Bankruptcy trustee**<br>Name and address | David O. Simon, Trustee<br>55 Public Square<br>Suite 2100<br>Cleveland, OH 44113–1902 | Contact phone (216) 621–6201<br><br>Email: david@simonlpa.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page 1

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov.<br>www.ohnb.uscourts.gov. | United States Bankruptcy Court<br>Howard M. Metzenbaum U.S. Courthouse<br>201 Superior Avenue<br>Cleveland, OH 44114–1235 | Hours open:<br>9:00 AM – 4:00 PM<br><br>Contact phone 216–615–4300<br><br>Date: 4/15/20 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **May 21, 2020 at 09:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>*** Valid photo identification required ***<br>*** Proof of Social Security Number required *** | Location:<br><br>**341 Meeting, H.M.M. US Courthouse, 201 Superior Ave, 6th Floor, Cleveland, OH 44114** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 7/20/20** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     page **2**

20-11967-jps    Doc 9    FILED 04/17/20    ENTERED 04/18/20 00:17:53    Page 4 of 4